### COMMONWEALTH v. THOMAS J. HARVIS.

**Criminal Law—Bail Bond.**

When a person arrested pursuant to a bench warrant, after giving bail bond, surrendered himself to the sheriff, the conditions of the bail bond are fully complied with and the person signing such bail bond is released.

### APPEAL FROM UNION CIRCUIT COURT.

January 5, 1877.

OPINION BY JUDGE LINDSAY:

When Horton surrendered himself to the sheriff in obedience to the bench warrant, the conditions of the bail bond were fully complied with. Harvis, the bailor, had no further control over the person, and was not bound by anything afterwards done, either by the sheriff or the court. It does not matter how the prisoner managed

to escape after the arrest. The liability of Harvis could not be revived.

Judgment *affirmed.*
*Moss, for appellant.   Chapeze, for appellee.*